UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS ORTIZ,

    Appellant,

v.                                             Case No: 8:16-cv-162-T-30

FRANK R. KANE,

    Appellee.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Stipulation (Dkt. #4) stating this case should be dismissed in its entirety.   Upon review and consideration, it is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of February, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2016\16-cv-162 dismissal.docx